# Drinker Biddle & Reath LLP

Kristine Dress
Associate
609-716-6621 Direct
609-799-7000 Fax
kristine.dress@dbr.com

RECEIVED
JAN -3 2011
AT 8:30 ___M
WILLIAM T. WALSH
CLERK

Law Offices
500 Campus Drive
Florham Park, NJ
07932-1047

973-360-1100 phone
973-360-9831 fax
www.drinkerbiddle.com

A Delaware Limited
Liability Partnership

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

December 30, 2010

**VIA FEDERAL EXPRESS**

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Room 6052
Trenton, New Jersey 08608

RECEIVED
JAN 3 - 2011
TONIANNE J. BONGIOVANNI
U.S. MAGISTRATE JUDGE

> Re:   Pearson v. Dr. Agarwal, et al.
>       Case No. 3:09-cv-02786-FLW-DEA

Dear Judge Bongiovanni:

This firm represents Plaintiff John Pearson in the above matter. I am writing to confirm that, during counsel's conference call with the Court on December 1, Your Honor scheduled a status conference call with counsel for all parties on Thursday, January 20, 2011 at 12:30 p.m. I will initiate the call. Also, Your Honor indicated that the discovery schedule will be extended at that time.

Respectfully submitted,

Kristine Dress

KD/gb

cc:   Stephen E. Siegrist, Esq.
      Sarah G. Crowley, Esq.
      (both via U.S. mail)

So Ordered this __3__ day of __January__, 20__11__

Edward A. Gramigna, Jr.
Partner responsible for
Florham Park Office

Established 1849

PR01/ 1074133.1